HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C11-5092RBL |
| Plaintiff/Respondent, | CR09-5349RBL |
| | CR04-5350RBL |
| v. | ORDER |
| BRANDY PITTMAN, | |
| Defendant/Petitioner. | |

THIS MATTER comes on before the above-entitled court upon Defendant's Motion Pursuant to § 2255. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This Court has no jurisdiction to resentence the Defendant. *See* Fed. R. Crim. P. 35; 18 U.S.C. § 3582. To the extent that Defendant is challenging the Bureau of Prisons' calculation of her sentence, that challenge is more properly brought pursuant to 28 U.S.C. § 2241. A petition under 28 U.S.C. § 2241 should be brought in the district of confinement. *See Hernandez v. Campbell*, 204 F.3d 861, 865 (9th Cir. 2000). This Court has no jurisdiction to consider this petition. *See Rumsfield v. Padilla,* 542 U.S. 426, 443 (2004).

According to the BOP website, the Defendant is confined at FCI Dublin in Dublin, California, which is within the Northern District of California. Defendant's § 2241 petition is hereby transferred to the Northern District of California pursuant to 28 U.S.C. § 1631.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of July, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE